UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Steven Delong,

    Plaintiff,

v.                                  Case No. 18-11545

Commissioner of Social Security,      Sean F. Cox
                                                          United States District Court Judge

    Defendant.
_____/

**ORDER ADOPTING
REPORT AND RECOMMENDATION**

Plaintiff Steven Delong filed this action seeking judicial review of Defendant Commissioner's determination that he is not entitled to benefits under the Social Security Act. The matter was referred to Magistrate Judge Mong Majzoub for determination of all non-dispositive motions under 28 U.S.C. § 636(b)(1)(A) and issuance of a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). Thereafter, the parties filed cross-motions for summary judgment.

In a Report and Recommendation ("R&R") issued on July 12, 2019, the magistrate judge recommends that the Court: 1) deny Plaintiff's summary judgment motion; and 2) grant Defendant's summary judgment motion. (ECF No. 15).

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R. "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the

1

magistrate judge's disposition to which specific written objection has been made." *Id*.

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R. The Court hereby ADOPTS the July 12, 2019 R&R.

IT IS ORDERED that Plaintiff's Motion for Summary Judgment is DENIED.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment is GRANTED and the Commissioner's decision is AFFIRMED.

IT IS SO ORDERED.

                                                s/Sean F. Cox
                                                Sean F. Cox
                                                United States District Judge

Dated: August 1, 2019